IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE PATRICE BARNES MARKS,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>OCWEN LOAN SERVICING, LLC and<br>DOES 1-100,<br><br>　　　　Defendant - Appellee.<br>　　　　　　　　　　　　　　　　　/ | No. C 10-01148 WHA<br><br>**ORDER SETTING DEADLINE<br>TO PERFECT APPEAL** |

　　　This bankruptcy appeal was filed on March 18, 2010. Plaintiff represented to the Court that this appeal, Case No. 10-01148, involved entirely *different* matters than her first-filed bankruptcy appeal which is also pending before the undersigned, Case No. 10-00234.

　　　Despite a long delay, the record on appeal for the first-filed matter, Case No. 10-00234, has been perfected and briefing has commenced. The record on appeal for this second-filed matter, however, has not yet been perfected. If plaintiff wishes to proceed with her second-filed bankruptcy appeal, Case No. 10-01148, plaintiff must perfect the record no later than **JUNE 11, 2010**. Plaintiff has had months to complete this procedural requirement, and as evidenced by the perfection of the record in her first-filed appeal, plaintiff is well aware of what she needs to do to complete this requirement.

　　　**IT IS SO ORDERED.**

Dated: May 18, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE