IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE PATRICE BARNES MARKS, | No. C 10-01148 WHA |
| Plaintiff - Appellant, | |
| v. | **ORDER ON PERFECTION OF APPEAL** |
| OCWEN LOAN SERVICING, LLC and DOES 1-100, | |
| Defendant - Appellee. | |

    The undersigned will accept the untimely perfection of the record on appeal by *pro se* plaintiff Leslie Marks. Ms. Marks missed the deadline by only four business days, and this short delay was apparently caused in part by the unexpected illness of staff at the bankruptcy court clerks office. As such, the parties shall proceed in accordance with the scheduling order filed today (Dkt. No. 48). As set forth in that order, plaintiff must serve and file a brief not exceeding 25 pages in length **BY JULY 17, 2010**. No extensions will be allowed.

    **IT IS SO ORDERED.**

Dated: June 17, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE